159 F.3d 1351
 Harry J. Gerardi, Coolidge J. Marqueen, Estate of Coolidge J. Marqueen
v.
Leonard A. Pelullo, David Hellhake, David Niefeld, Raul
Corona, Moshe Milstein, Alan Weisberger, Compton Press,
Inc., Equity Finance Group; Compton Press, Inc., Employees
Profit Sharing Retirement Plan, Compton Press, Inc.,
Employees' Thrift Plan, By and Through its Trustees and
Administrators, Mark P. Correia, Wayne Decker, Frank Genthe,
Ronald Lockwood, Granada Investments, Inc.,
 NO. 97-5590
 United States Court of Appeals,
Third Circuit.
 July 14, 1998
 Appeal From: D.N.J. ,No.89cv04069
 
 1
 Affirmed.